# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN BARRIENTOS, JR.,<br><br>Plaintiff,<br><br>v.<br><br>DALE ALLAN WALKER,<br><br>Defendant. | Case No. 1:23-cv-01432-JLT-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO REPLACE UNREDACTED DECLARATIONS WITH REDACTED DECLARATIONS<br><br>(ECF No. 22) |

Based upon the stipulation of Plaintiff Ruben Barrientos, Jr., and Defendant Dale Allan Walker (ECF No. 22), the Court DIRECTS the Clerk of Court to replace the following unredacted declarations with the proffered redacted declarations:

1. The *unredacted* November 1, 2023 Declaration of Charmaine A. McDarment in Support of Motion to Certify Employment Under the FTCA, Substitute the United States as Defendant and Dismiss Mr. Walker (ECF No. 12-2 at 1-115) shall be replaced with the redacted version of the same, which is attached as Exhibit 1 to the Declaration of Racheal M. White Hawk In Support of Stipulation and [Proposed] Order Directing Clerk of Court to Replace Unredacted Declarations with Redacted Declarations (ECF No. 22-1 at 5-119).

/ / /

/ / /

/ / /

/ / /

1

2. The *unredacted* November 1, 2023 Declaration of Gary Whitten in Support of Motion to Certify Employment Under the FTCA, Substitute the United States as Defendant and Dismiss Mr. Walker (ECF No. 12-3 at 1-25) shall be replaced with the *redacted* version of the same, which is attached as Exhibit 2 to the Declaration of Racheal M. White Hawk In Support of Stipulation and [Proposed] Order Directing Clerk of Court to Replace Unredacted Declarations with Redacted Declarations (ECF No. 22-1 at 121-145).

Counsel are admonished to file documents appropriately the first time and not muddle the record after the Court has ruled. Future requests may require the Court to impose sanctions and/or impose notification requirements on those impacted by the redaction.

IT IS SO ORDERED.

Dated: __**April 24, 2024**__

UNITED STATES MAGISTRATE JUDGE

2